MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br><br> vs. <br><br> HIGHLAND RANCH HOMEOWNERS ASSOCIATION; LVDG LLC SERIES 141 a/k/a LVDG SERIES 141; THUNDER PROPERTIES, INC.; ALESSI & KOENIG, LLC, <br><br> Defendants. | Case No.: 3:16-cv-00154-MMD-VPC <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR BANK OF AMERICA TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 37)** <br><br> **(FIRST REQUEST)** |

Plaintiff Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**), and Defendants Highland Ranch Homeowners Association (**Highland Ranch**), LVDG LLC Series 141 a/k/a LVDG Series 141 (**LVDG**), and Thunder Properties, Inc. (**Thunder Properties**), stipulate and agree as follows:

1.      On October 30, 2017, BANA filed a Motion for Partial Summary Judgment (**motion**). [ECF #37.] Defendants' responses were due on November 20, 2017.

2.      Highland Ranch filed its opposition to the motion on November 20, 2017. [ECF #40.] The Court set BANA's deadline to file a reply to Highland Ranch's opposition as December 4, 2017.

1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3. On November 21, 2017, the Court granted a stipulation for extension of time entered into between BANA, LVDG and Thunder Properties allowing LVDG and Thunder Properties to file their response(s) to the motion by December 8, 2017. [ECF #41.]

4. Based on the foregoing, the parties agree BANA shall have until December 22, 2017 to file a reply to the oppositions of Highland Ranch, LVDG, and Thunder Properties.

…

…

…

…

…

…

…

…

…

…

…

2

43476573;1

5.     This is BANA's first request for an extension of this deadline and is not being made for the purpose of delay.  The parties request the additional time so BANA may file a reply to the oppositions in a coordinated manner and to save judicial resources.

Dated this 28th day of November, 2017

**AKERMAN LLP**

*/s/ Jamie K. Combs*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  jamie.combs@akerman.com
*Attorneys for Plaintiff Bank of America, N.A.*

**KERN & ASSOCIATES, LTD.**

*/s/ Karen M. Ayarbe*
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
*Attorneys for Highland Ranch Homeowners Association*

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

*/s/ Timothy E. Rhoda*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
Telephone:  (702) 254-7775
Facsimile:  (702) 228-7719
Email: croteaulaw@croteaulaw.com
*Attorneys for Thunder Properties, Inc. and LVDG, LLC Series 141*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: _November 29, 2017_____

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3

43476573;1