GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
**LEACH KERN GRUCHOW**
**ANDERSON SONG**
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: kayarbe@lkglawfirm.com
*Attorneys for Defendant, Highland Ranch Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; LVDG LLC SERIES 141 a/k/a LVDG SERIES 141; THUNDER PROPERTIES, INC.; ALESSI & KOENIG, LLC,<br><br>Defendants.<br>_____/ | Case No.: 3:16-cv-00154-MMD-VPC<br><br>*STIPULATION AND ORDER TO EXTEND DEADLINE FOR OPPOSITIONS TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO SET DEADLINE FOR REPLY BRIEFS.*<br><br>[*First Request*] |

***IT IS HEREBY STIPULATED*** between Plaintiff BANK OF AMERICA N.A. ("BANA"), by and through its respective counsel, Akerman LLP, Defendants, LVDG LLC SERIES 141 ("LVDG") and THUNDER PROPERTIES, INC.("TPI"), by and through their respective counsel, Roger P. Croteau & Associates, Ltd., and Defendant, HIGHLAND RANCH HOMEOWNERS ASSOCIATION (the "Association"), by and through its counsel Leach Kern Gruchow Anderson Song, collectively referred to as the Parties, to extend the deadline for the

1

Association, LVDG, and TPI to oppose BANA's January 7, 2019 Motion for Partial Summary Judgment ("Motion" at DE 60) to February 11, 2019.

The current deadline for the Association, LVDG, and TPI to oppose BANA's Motion is currently January 28, 2019. Good cause exists to extend the deadline, as the extension will allow the Parties' counsel an opportunity to review more fully the points and authorities raised in BANA's Motion, to further discuss possible settlement, and to respond thereto if settlement does not occur.

In order to coordinate the briefing schedule with respect to BANA's Motion, the Parties also stipulate that BANA may have up to and including March 4, 2019 to file a Reply in support of its Motion. This is the Parties' first request for an extension and to set a deadline for the filing of any reply briefs and is not intended to cause any delay or prejudice to any party.

DATED this 28th day of January 2019.   DATED this 28th day of January 2019.

**KERN & ASSOCIATES, LTD.**  **AKERMAN, LLP**
 */s/ Karen M. Ayarbe, Esq.*    */s/ Jamie K. Combs, Esq.*
KAREN M. AYARBE, ESQ.   JAMIE K. COMBS, ESQ.
Nevada Bar No. 3358   Nevada Bar No. 13088
5421 Kietzke Lane, Ste. 200   1635 Village Center Circle, Ste. 200
Reno, NV 89511   Las Vegas, NV 89134
Tel: (775) 324-5930   Tel: (702) 634-5000
*Attorneys for Defendant*   *Attorney for Plaintiffs*
*Highland Ranch Homeowners Association*   *Bank of America, N.A.*

DATED this 28th day of January 2019.

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
*/s/ Timothy E. Rhoda, Esq.*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Ste. 100
Las Vegas, NV 89148
Tel: (702) 254-7775
*Attorney for Defendants*
*LVDG, LLC [SERIES 141]*
*and Thunder Properties, Inc.*

## **ORDER**

***IT IS SO ORDERED*** in the above-captioned case (Case No.: 3:16-cv-00154-MMD-CBC).

DATED this 28th day of January 2019.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*

*/s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
Tel: (775) 324-5930
*Attorneys for Defendant*
*Highland Ranch Homeowners Association*

# **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure 5(b), I certify that on the 28th day of January 2019, I served via the CM/ECF electronic filing system, and in accord with Local Rule IC 4-1(b) of the United States District Court for the District of Nevada, a true and correct copy of the ***STIPULATION AND ORDER TO EXTEND DEADLINE FOR OPPOSITIONS TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO SET DEADLINE FOR REPLY BRIEFS***, to the attorneys associated with this case as follows:

| | |
|---|---|
| Jamie K Combs | jamie.combs@akerman.com |
| | jennifer.richardson@akerman.com |
| | erin.abugow@akerman.com |
| | akermanlas@akerman.com |
| | elizabeth.streible@akerman.com |
| | tracey.wayne@akerman.com |
| | brieanne.siriwan@akerman.com |
| Roger P. Croteau | croteaulaw@croteaulaw.com |
| | receptionist@croteaulaw.com |
| William S. Habdas | william.habdas@akerman.com |
| | jennifer.richardson@akerman.com |
| | erin.abugow@akerman.com |
| | akermanlas@akerman.com |
| | tracey.wayne@akerman.com |
| Steven T. Loizzi, Jr | eserve@nrs116.com |
| | steve@nrs116.com |
| | jona@nrs116.com |
| Jeanette E. McPherson | bkfilings@s-mlaw.com |
| Melanie D Morgan | melanie.morgan@akerman.com |
| | jennifer.richardson@akerman.com |
| | erin.abugow@akerman.com |
| | akermanlas@akerman.com |
| | tracey.wayne@akerman.com |
| Timothy Rhoda | croteaulaw@croteaulaw.com |
| | receptionist@croteaulaw.com |

*/s/ Christine A. Lamia*
An Employee of Leach Kern Gruchow Anderson Song