MELANIE D. MORGAN , ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; LVDG LLC SERIES 141 a/k/a LVDG SERIES 141; THUNDER PROPERTIES, INC.; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 3:16-cv-00154-MMD-CBC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 60]**<br><br>**[FIRST REQUEST]** |

Plaintiff Bank of America, N.A. (**BANA**) and defendants Highland Ranch Homeowners Association, LVDG LLC Series 1141 a/k/a LVDG Series 141 and Thunder Properties, Inc. stipulate to allow BANA fourteen additional days to reply to Highland Ranch, LVDG and Thunder's oppositions to BANA's motion for partial summary judgment, ECF Nos. 64 and 65:

BANA filed its motion for partial summary judgment on January 7, 2019. (ECF No. 60.) Highland Ranch, LVDG and Thunder filed their oppositions on February 11, 2019. (ECF No. 64, 65.) BANA's reply deadline is February 25, 2019. *See* L.R. 7-2.

BANA, Highland Ranch, LVDG and Thunder stipulate to extending BANA's deadline to reply

1

47968516;1

to Highland Ranch's opposition, ECF No. 64, and LVDG and Thunder's opposition, ECF No. 65, by fourteen days, from February 25, 2019 to March 11, 2019, to allow BANA additional time to prepare its reply briefing, and potentially file one reply addressing both oppositions.

This is BANA's first extension request and is not made to cause delay or prejudice any party.

| This the 22nd day of February, 2019. | This the 22nd day of February, 2019. |
|---|---|
| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
| */s/ Jamie K. Combs* | */s/ Timothy E. Rhoda* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar. No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148 |
| *Attorneys for plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP* | *Attorneys for defendants LVDG, LLC Series 141 and Thunder Properties, Inc.* |

This the 22nd day of February, 2019.

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Karen M. Ayarbe*
GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
5421 Kietzke Lane, Suite 200
Reno, Nevada 89511

*Attorneys for defendant Highland Ranch Homeowners Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 25, 2019

2

47968516;1