1  MELANIE D. MORGAN , ESQ.
   Nevada Bar No. 8215
2  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone:  (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email:  melanie.morgan@akerman.com
6  Email:  jamie.combs@akerman.com

7  *Attorneys for plaintiff Bank of America, N.A., as
   successor by merger to BAC Home Loans Servicing,
8  LP f/k/a Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; LVDG LLC SERIES 141 a/k/a LVDG SERIES 141; THUNDER PROPERTIES, INC.; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 3:16-cv-00154-MMD-CBC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

///

///

///

///

///

///

///

///

1

49473826;1

Plaintiff Bank of America, N.A. (**BANA**) and defendants Highland Ranch Homeowners Association, LVDG LLC Series 1141 a/k/a LVDG Series 141, Thunder Properties, Inc. and Alessi & Koenig, LLC stipulate to dismiss all claims with prejudice, each party to bear its own attorneys' fees and costs.

This the 2nd day of August, 2019.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar. No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

This the 2nd day of August, 2019.

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

*/s/ Timothy E. Rhoda*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148

*Attorneys for defendants LVDG, LLC Series 141 and Thunder Properties, Inc.*

This the 2nd day of August, 2019.

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Karen M. Ayarbe*
GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
5421 Kietzke Lane, Suite 200
Reno, Nevada 89511

*Attorneys for defendant Highland Ranch Homeowners Association*

This the 2nd day of August, 2019.

**HOA LAWYERS GROUP, LLC**

*/s/ Steven Loizzi, Jr.*
STEVEN LOIZZI, JR.
Nevada Bar No. 10920
9500 W. Flamingo, Suite 204
Las Vegas, Nevada 89147

*Attorneys for defendant Alessi & Koenig, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 2, 2019

2

49473826;1